Javonte ROY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 74730.

Missouri Court of Appeals,
Western District.

March 19, 2013.

Mark Allen Grothoff, Columbia, MO, for appellant.

Mary Highland Moore, Jefferson City, MO, for respondent.

Division Two: LISA WHITE HARDWICK, P.J., JAMES M. SMART, JR., SR.J., and KAREN KING MITCHELL, J.

### ORDER

PER CURIAM:

Javonte Roy appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We affirm. Rule 84.16(b).

Michael L. SALADINO, Appellant,

v.

DIRECTOR OF REVENUE, State of Missouri, Respondent.

No. WD 75200.

Missouri Court of Appeals,
Western District.

March 19, 2013.

F. Coulter deVries and Jonathan Sternberg, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Jennifer A. Rodewald, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division I: MARK D. PFEIFFER, Presiding Judge, and VICTOR C. HOWARD and ALOK AHUJA, Judges.

### Order

PER CURIAM:

Michael Saladino appeals the judgment of the Circuit Court of Platte County, Missouri, upholding the Director of Revenue's one-year revocation of Mr. Saladino's driving privileges for refusal to submit to a chemical test of his breath pursuant to section 577.041, RSMo 2000. Finding no error, we affirm in this *per curiam* order and have provided the parties a legal memorandum explaining our ruling. Rule 84.16(b).